UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01336-PAB-BNB

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Applicant,

        v.

RAYMOND Y. CHIN, KENYATTO MONTEZ JONES,
HENNING D. MORALES, BENJAMIN J. PORT,
ALAN M. ROTHMAN, RONALD C. TOUCHARD,
MISTY D. TOUCHARD, AUGUST, INC., DELTA
CONSULTING, LLC, EWORLD COMPANIES, INC.,
 GLOBALQX, KNIGHT CONSULTING CORP.,
MONARCHY CAPITAL, INC., NEBTROPOLIS
CONSULTING, INC., NEWPORT HOLDINGS, INC.,
NEWPORT STOCKS, INC., NUTRIPURE BEVERAGES,
 INC., PREZENSE, INC., RMT CONSULTING, INC.,
SUNRISE CONSULTING GROUP, INC., TOUCHARD FAMILY
TRUST, and RBID.COM, INC.

        Respondents.

---

## [PROPOSED] ORDER COMPELLING COMPLIANCE
## WITH ADMINISTRATIVE SUBPOENA

---

The Applicant, the United States Securities and Exchange Commission (the

"Commission"), having filed an Application pursuant to Section 21(c) of the Securities

Exchange Act of 1934 [15 U.S.C. § 78u(c)], for an Order Compelling Compliance with

Administrative Subpoenas against Alan M. Rothman ("Rothman") and RBID.com, Inc.

("RBID"), the Court having considered the Application and documents filed in support thereof,

the Court having jurisdiction over the parties and the subject matter hereof, and being fully advised in the manner, and good cause having been shown, and there being no just cause for delay:

IT IS HEREBY ORDERED that Respondent Rothman shall produce to the Commission staff on or before August 17, 2012, at 5:00 p.m., at the Commission's Denver Regional Office, 1801 California Street, Suite 1500, Denver, CO 80202, all non-privileged documents responsive to, and pursuant to the terms of, the July 21, 2011 administrative subpoena.

IT IS HEREBY ORDERED that Respondent RBID shall produce to the Commission staff on or before August 17, 2012, at 5:00 p.m., at the Commission's Denver Regional Office, 1801 California Street, Suite 1500, Denver, CO 80202, all non-privileged documents responsive to, and pursuant to the terms of, the January 23, 2012 administrative subpoena.

IT IS FURTHER ORDERED that Respondents Rothman and RBID shall produce to the Commission staff on or before August 17, 2012, at 5:00 p.m., affidavits that they have produced all responsive, non-privileged documents described in the preceding paragraphs;

IT IS FURTHER ORDERED that Respondent Rothman shall produce to the Commission staff on or before August 17, 2012, at 5:00 p.m., at the Commission's Denver Regional Office, 1801 California Street, Suite 1500, Denver, CO 80202, a list of each document in his custody, control, or possession that is responsive to the July 21, 2011 administrative subpoena but that has been withheld on Respondent Rothman's good-faith belief that its production would violate the attorney-client privilege (the "Rothman Privilege Log"). As required by the July 21, 2011 administrative subpoena, the Rothman Privilege Log should describe each item separately, noting (a) its author(s); (b) its date; (c) its subject matter; (d) the name of the person who has the

2

item now, or the last person known to have it; (e) the names of everyone who ever had a copy of it, and the names of everyone who was told the item's contents; and (f) the reason the item was not produced.

IT IS FURTHER ORDERED that Respondent RBID shall produce to the Commission staff on or before August 17, 2012, at 5:00 p.m., at the Commission's Denver Regional Office, 1801 California Street, Suite 1500, Denver, CO 80202, a list of each document in its custody, control, or possession that is responsive to the July 21, 2011 administrative subpoena but that has been withheld on Respondent RBID's good-faith belief that its production would violate the attorney-client privilege (the "RBID Privilege Log"). As required by the January 23, 2012 administrative subpoena, the RBID Privilege Log should describe each item separately, noting (a) its author(s); (b) its date; (c) its subject matter; (d) the name of the person who has the item now, or the last person known to have it; (e) the names of everyone who ever had a copy of it, and the names of everyone who was told the item's contents; and (f) the reason the item was not produced.

IT IS FURTHER ORDERED that if, after the Commission reviews the Rothman and RBID Privilege Logs, the Commission informs either or both Respondents that it wishes to challenge their privilege claim as to a particular document or documents, Respondents shall file with the Court the Privilege Logs, along with a copy of each challenged document, so that the Court may conduct an *in camera* review of Respondents' privilege claims;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purpose of giving full effect to this Order and to make such further orders and decrees or taking such action as may become necessary or appropriate to carry out the terms of this Order.

Dated: _July 25, 2012_

_Boyd N. Boland_
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**