IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01336-PAB-BNB

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Plaintiff,

v.

RAYMOND Y. CHIN
KENYATTO MONTEZ JONES
HENNING D. MORALES
BENJAMIN J. PORT
ALAN M. ROTHMAN
RONALD C. TOUCHARD
MISTY D. TOUCHARD
AUGUST, INC.
DELTA CONSULTING, LLC
EWORLD COMPANIES, INC.
GLOBALQX
KNIGHT CONSULTING CORP.
MONARCHY CAPITAL, INC.
NEBROPOLIS CONSULTING, INC.
NEWPORT HOLDINGS, INC.
NEWPORT STOCKS, INC.
NUTRIPURE BEVERAGES, INC.
PREZENSE, INC.
RMT CONSULTING, INC.
SUNRISE CONSULTING GROUP, INC.
TOUCHARD FAMILY TRUST
RBID.COM, INC.
Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion to Vacate and Reschedule August 7, 2012 Subpoena Enforcement Hearing** [docket no. 34, filed July 30, 2012] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the hearing set for August 7, 2012, is reset to **September 5, 2012, at 10:00 a.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj

United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  July 31, 2012