IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01336-PAB-BNB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Applicant,

v.

RAYMOND Y. CHIN,
KENYATTO MONTEZ JONES,
HENNING D. MORALES,
BENJAMIN J. PORT,
ALAN M. ROTHMAN,
RONALD C. TOUCHARD,
MISTY D. TOUCHARD,
AUGUST, INC.,
DELTA CONSULTING, LLC,
EWORLD COMPANIES, INC.,
GLOBALQX,
KNIGHT CONSULTING CORP.,
MONARCHY CAPITAL, INC.,
NEBROPOLIS CONSULTING, INC.,
NEWPORT HOLDINGS, INC.,
NEWPORT STOCKS, INC.,
NUTRIPURE BEVERAGES, INC.,
PREZENSE, INC.,
RMT CONSULTING, INC.,
SUNRISE CONSULTING GROUP, INC.,
TOUCHARD FAMILY TRUST, and
RBID.COM, INC.,

Respondents.

**ORDER**

This matter arises on the **Unopposed Motion of RBID.com, Inc. and Alan Rothman to Discharge the Order to Show Cause** [Doc. # 82, filed 5/29/2013] (the "Motion"). RBID and Rothman seek an order discharging the Order to Show Cause [Doc. # 72] with respect to them

only and for leave not to appear at the show cause hearing on June 5, 2013. In support, RBID and Rothman represent that they have fully complied with the SEC's subpoenas and that the "SEC has represented that it has no objection to the relief sought herein. . . ." Motion [Doc. # 82] at ¶¶7-8. On the strength of those representations, the Motion is granted with respect to RBID and Rothman only. The show cause hearing on June 5, 2013, will proceed as scheduled as against respondents Kenyatto Montez Jones, Ronald Touchard, and Troy Lowman.

IT IS ORDERED:

(1)   The Motion [Doc. # 82] is GRANTED;

(2)   The Order to Show Cause [Doc. # 72] is DISCHARGED **as against respondents Alan M. Rothman and RBID.com, Inc., only,** and they are excused from attending the show cause hearing on June 5, 2013; and

(3)   The show cause hearing will proceed as scheduled as against respondents Kenyatto Montez Jones, Ronald Touchard, and Troy Lowman on **June 5, 2013, at 9:00 a.m., in Courtroom 401,** 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated May 31, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge