IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01336-PAB-BNB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Applicant,

v.

RAYMOND Y. CHIN,
KENYATTO MONTEZ JONES,
HENNING D. MORALES,
BENJAMIN J. PORT,
ALAN M. ROTHMAN,
RONALD C. TOUCHARD,
MISTY D. TOUCHARD,
AUGUST, INC.,
DELTA CONSULTING, LLC,
EWORLD COMPANIES, INC.,
GLOBALQX,
KNIGHT CONSULTING CORP.,
MONARCHY CAPITAL, INC.,
NEBROPOLIS CONSULTING, INC.,
NEWPORT HOLDINGS, INC.,
NEWPORT STOCKS, INC.,
NUTRIPURE BEVERAGES, INC.,
PREZENSE, INC.,
RMT CONSULTING, INC.,
SUNRISE CONSULTING GROUP, INC.,
TOUCHARD FAMILY TRUST,
RBID.COM, INC., and
TROY LOWMAN,

Respondents.

_____

**ORDER**
_____

On December 27, 2012, the district judge entered an Order [Doc. # 54] making absolute

an Order to Show Cause [Doc. # 7] (the "OSC Compliance 1") requiring Ronald Touchard,

Misty Touchard, Benjamin J. Port, and Alan M. Rothman to "provide a detailed privilege log of the documents claimed to be subject to the protections of the Fifth Amendment with respect to category 3(a)" of certain subpoenas served on them. The Order [Doc. # 54] also required August, Inc.; Newport Stocks, Inc.; RMT Consulting, Inc.; Touchard Family Trust; RBID.com, Inc.; Prezense, Inc.; Global QX; and Nutripure Beverages, Inc., to assert any claim for Fifth Amendment protection of their documents responsive to the subpoenas in a particularized manner and document-by-document.

Subsequently, the SEC requested and I granted an Order to Show Cause why the following respondents should not be held in contempt for failure to comply with the Order [Doc. # 54]: Kenyatto Jones; Ronald Touchard; Misty Touchard; Alan Rothman; August, Inc.; Newport Stocks, Inc.; RMT Consulting, Inc.; Touchard Family Trust; RBID.com, Inc.; Prezense, Inc.; Global QX; and Nutripure Beverages, Inc. Order to Show Cause [Doc. # 65] (the "OSC Contempt"). On May 31, 2013, I granted the Unopposed Motion of RBID and Rothman [Doc. # 85] and discharged the OSC Contempt as against them. Order [Doc. # 85].[1] I held a hearing on the OSC Contempt [Doc. # 65] on June 5, 2013, and discharged it as against Kenyatto Jones. Recommendation and Order [Doc. # 89] at p. 2. Thus, the OSC Contempt [Doc. # 65] remains outstanding as against Ronald Touchard; Misty Touchard; August, Inc.; Newport Stocks, Inc.; RMT Consulting, Inc.; Touchard Family Trust; Prezense, Inc.; Global QX; and Nutripure Beverages, Inc.

---

[1] The Order [Doc. # 85] indicates that the OSC Compliance 2 [Doc. # 72] was discharged, but in context it is apparent that Rothman and RBID have complied with the SEC's subpoenas and that the OSC Contempt [Doc. # 59] and the OSC Compliance 2 [Doc. # 72] were discharged.

The SEC served a second round of subpoenas. On February 15, 2013, the SEC requested a second order to show cause why Kenyatto Jones, Alan M. Rothman, Ronald C. Touchard, and Troy Lowman should not be required to respond to the second subpoenas. I entered the requested Order to Show Cause [Doc. # 72] (the "OSC Compliance 2") on March 26, 2013. The OSC Compliance 2 was discharged as against Rothman, Order [Doc. # 85]; made absolute as against Lowman, Order [Doc. # 91]; and remains pending as against Jones and Ronald Touchard. Recommendation and Order [Doc. # 89].

I am now informed that Ronald Touchard and his entities have complied with the SEC's subpoenas and the OSC Contempt [Doc. # 59] and the OSC Compliance 2 [Doc. # 72] should be discharged as against them. Status Report [Doc. # 93] at p. 2.

IT IS ORDERED:

(1)   The OSC Contempt [Doc. # 59] is DISCHARGED as against Richard Touchard; August, Inc.; Newport Stocks, Inc.; RMT Consulting, Inc.; and Touchard Family Trust.

(2)   The OSC Compliance 2 [Doc. # 72] is DISCHARGED as against Richard Touchard.

(3)   The SEC shall file a status report on or before July 30, 2013, addressing the status of the OSC Contempt [Doc. # 59] with respect to Misty Touchard; Prezense, Inc.; Global QX; and Nutripure Beverages, Inc.

(4)   The SEC shall file a status report on or before July 30, 2013, addressing the status of the OSC Compliance 2 [Doc. # 72] with respect to Kenyatto Jones.

Dated July 16, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge