IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01336-PAB-BNB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Applicant,

v.

RAYMOND Y. CHIN,
KENYATTO MONTEZ JONES,
HENNING D. MORALES,
BENJAMIN J. PORT,
ALAN M. ROTHMAN,
RONALD C. TOUCHARD,
MISTY D. TOUCHARD,
AUGUST, INC.,
DELTA CONSULTING, LLC,
EWORLD COMPANIES, INC.,
GLOBALQX,
KNIGHT CONSULTING CORP.,
MONARCHY CAPITAL, INC.,
NEBROPOLIS CONSULTING, INC.,
NEWPORT HOLDINGS, INC.,
NEWPORT STOCKS, INC.,
NUTRIPURE BEVERAGES, INC.,
PREZENSE, INC.,
RMT CONSULTING, INC.,
SUNRISE CONSULTING GROUP, INC.,
TOUCHARD FAMILY TRUST,
RBID.COM, INC., and
TROY LOWMAN,

Respondents.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

On July 29, 2013, the Securities and Exchange Commission filed its Final Status Report

[Doc. # 99] indicating that it "seeks no further action from the Court at this time." Under local

rule of practice 41.2, D.C.COLO.LCivR, "[a] district judge or a magistrate judge exercising consent jurisdiction may direct the clerk to close a civil case administratively subject to reopening for good cause." Administrative closure is appropriate here, in view of the SEC's Final Status Report.

I respectfully RECOMMEND that this case be closed administratively pursuant to D.C.COLO.LCivR 41.2.[1]

Dated August 19, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colorado Dept. of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).