IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01336-PAB-BNB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Applicant,

v.

RAYMOND Y. CHIN,
KENYATTO MONTEZ JONES,
HENNING D. MORALES,
BENJAMIN J. PORT,
ALAN M. ROTHMAN,
RONALD C. TOUCHARD,
MISTY D. TOUCHARD,
AUGUST, INC.,
DELTA CONSULTING, LLC,
EWORLD COMPANIES, INC.,
GLOBALQX,
KNIGHT CONSULTING CORP.,
MONARCHY CAPITAL, INC.,
NEBTROPOLIS CONSULTING, INC.,
NEWPORT HOLDINGS, INC.,
NEWPORT STOCKS, INC.,
NUTRIPURE BEVERAGES, INC.,
PREZENSE, INC.,
RMT CONSULTING, INC.,
SUNRISE CONSULTING GROUP, INC.,
TOUCHARD FAMILY TRUST, and
RBID.COM, INC.,

      Respondents.
_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

      This matter is before the Court on the Recommendation of United States

Magistrate Judge [Docket No. 101].  The Recommendation states that, on July 29,

2013, plaintiff the Securities and Exchange Commission filed a Final Status Report

[Docket No. 99] indicating that it "seeks no further action from the Court at this time."  In light of this report, the magistrate judge recommends that the case be closed administratively pursuant to D.C.Colo.LCivR 41.2.  Docket No. 101 at 2.  The Court agrees that administrative closure is appropriate.  Wherefore, it is

ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 101] is ACCEPTED.  It is further

ORDERED that this case shall be administratively closed, pursuant to D.C.COLO.LCivR 41.2.  If no action is taken to reopen this case before August 27, 2014, the case will be dismissed without prejudice without any further notice to either party.


DATED September 9, 2013.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge