IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 12-cv-01336-PAB-BNB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
    Plaintiffs

v.

RAYMOND Y. CHIN, et. al
    Defendants

ORDER REGARDING CUSTODY OF EXHIBITS

Counsel for the plaintiff shall arrange pick up and retain custody of all exhibits submitted at the September 5, 2012, Show Cause Hearing. Counsel is further ordered to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

Counsel may pick up items at the Clerk of Court's Office, 901 19th Street, Room A-105, Denver, CO 80294. Further inquiries may be directed to the Courtroom Deputy Clerk, Julie Dynes, at 303-335-2061.

DATED October 25, 2013.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge